# Exhibit 1

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 3, 2008

<u>Via Federal Express</u>

Albert Hogan III,
    Skadden, Arps, Slate, Meagher & Flom LLP,
        333 West Wacker Drive,
            Chicago, IL 60606.

Jennifer L. McKenna,
    Robins, Kaplan, Miller & Ciresi L.L.P.,
        2800 LaSalle Plaza,
           800 La Salle Avenue,
               Minneapolis, MN  55402.

        Re:    *Imation Corp.* v. *Koninklijke Philips Electronics N.V., et al.*,
                    Case No.07-03668

Dear Mr. Hogan and Ms. McKenna:

        On behalf of Philips, I enclose one CD containing documents bearing production numbers PHIL 099478 through 099864, which are being produced in accordance with Philips' Responses and Objections to Imation's First Set of Document Requests.

                                                  Sincerely,

                                                  Jessica M. Klein

(Enclosure)

RECEIVED
DATE 6-4-08
BY   JENNIFER L. MCKENNA
     ROBINS, KAPLAN
     MILLER & CIRESI LLP.