# Exhibit 2

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IMATION CORP., | CIV. A. No. 07-3668 (DWF/AB) |
| Plaintiff, | |
| v. | **PLACEHOLDER FOR EXHIBIT 2 TO DECLARATION OF JENNIFER L. MCKENNA IN SUPPORT OF IMATION CORP.'S MEMORANDUM OF LAW IN OPPOSITION TO PHILIPS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| KONINKLIJKE PHILIPS ELECTRONICS N.V., U.S. PHILIPS CORPORATION, and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, | |
| Defendants. | |

KONINKLIJKE PHILIPS ELECTRONICS N.V., U.S. PHILIPS CORPORATION, and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION,

      Counterclaim and Third-Party Plaintiffs,

      v.

IMATION CORP.,

      Counterclaim Defendant

      -and-

MOSER BAER INDIA LIMITED, GLOBAL DATA MEDIA FZ-LLC, MBI INTERNATIONAL FZ-LLC, MBI INTERNATIONAL SERVICES PRIVATE LIMITED, MBII INDIA MARKETING PRIVATE LIMITED, GLYPHICS MEDIA INC., and MEMOREX PRODUCTS, INC.,

      Third-Party Defendants.

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Exhibit 2 To Declaration Of Jennifer L. McKenna In Support Of Imation Corp.'s Memorandum Of Law In Opposition To Philips' Motion For Judgment On The Pleadings – Document produced by Philips on June 3, 2008 with a Bates range of PHIL099517-31.**

80159136.1

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order* (Document number of protective order: 40 )

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
     (Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this
Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).